**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| DAVID SCANLON, on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 1:23-cv-00042-JPH |
| v. | : : : | |
| LUXOTTICA OF AMERICA, INC. | : : | |
| Defendant. | : : / | |

The Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

DATED: June 14, 2023            Respectfully submitted,

By:   */s/ Anthony I. Paronich*
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
anthony@paronichlaw.com

1